UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| No. | CV 17-0200-MWF-AS | Date | September 8, 2017 |
| Title | Shane Matthew Mulvihill v. Los Angeles County Sheriffs Department | | |

Present: The Honorable Alka Sagar, United States Magistrate Judge

| Alma Felix | Not reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings (In Chambers):** **SECOND ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On May 25, 2017, this Court issued an Order to Show Cause re Lack of Prosecution directing Plaintiff to show cause, "in writing, no later than **June 26, 2017**, why this action should not be dismissed with prejudice for failure to prosecute" (Docket Entry No. 11). Plaintiff was ordered to file a Second Amended Complaint "that cures the deficiencies in the last pleading," or "a declaration under penalty of perjury stating why Plaintiff is unable to file a Second Amended Complaint." Id.

To date, Plaintiff has failed to file a Second Amended Complaint or respond to the Court's Order to Show Cause. The Court will provide Plaintiff time - to **October 10, 2017** - to file a Second Amended Complaint or a declaration stating why he is unable to do so.

The Clerk is directed to attach a copy of the Court's Order dismissing the complaint with leave to amend (Docket Entry No. 10), and the Court's May 25, 2017 Order to Show Cause to this Order.

**If Plaintiff no longer wishes to pursue this action, he may request a voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). A notice of dismissal form is attached for Plaintiff's convenience. Plaintiff is warned that a failure to timely respond to this Order will result in a recommendation that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute and obey court orders.**

cc: Michael W. Fitzgerald
    United States District Judge

                                                                          0  :  00