**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHANE MATTHEW MULVIHILL,  )<br>  )<br>        Plaintiff,  )<br>  )<br>    v.                  )<br>  )<br>DEAN BORDERS,             )<br>  )<br>        Defendant.  )<br>_____) | NO. CV 17-0200-MWF (AS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 16, 2018

                                            MICHAEL W. FITZGERALD
                                     UNITED STATES DISTRICT JUDGE